# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryll Tejero,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Rash Curtis & Associates,<br><br>　　　　Defendants. | Case No.: 3:16-cv-05932-MEJ<br><br>[~~PROPOSED~~] **ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: January 11, 2018　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Judge: Maria-Elena James